U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

DEC 28 2010

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

| | | |
|---|---|---|
| JUERGEN LOTTMANN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE, INC., AND UNITED HEALTHCARE INSURANCE COMPANY<br><br>Defendants. | ) | No. 10-5260 |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441(a), et seq., Defendants United HealthCare, Inc. and United HealthCare Insurance Company ("United HealthCare") file this Notice of Removal of this action from state court to this Court and respectfully state as follows:

1. On November 22, 2010, Plaintiff Juergen Lottmann ("Plaintiff"), commenced an action against United HealthCare in Circuit Court of Benton County, Arkansas, under the style *Juergen Lottmann v. United HealthCare, Inc. and United HealthCare Insurance Company,* Docket No. 2010-3480.2 (the "Civil Action"). The Civil Action is still pending in the state court.

2. United HealthCare first received a copy of the Complaint in the Civil Action on November 29, 2010. A copy of the Complaint is attached as Exhibit A.

Exhibit A comprises all process, pleadings and orders United HealthCare has received in the Civil Action to date.

3. Removal is timely in this matter. Pursuant to 28 U.S.C. § 1446(b), United HealthCare is required to file its Notice of Removal within thirty days after service of the Complaint. United HealthCare was served a copy of the Summons and Complaint on November 29, 2010. Therefore, this Notice of Removal is filed within thirty (30) days of service and is thus timely filed under 28 U.S.C. §1446(b).

4. United HealthCare filed its Answer to Plaintiff's Complaint in the Circuit Court of Benton County on December 27, 2010. United HealthCare has not received a filed-stamped copy of the Answer, but attaches the Answer to this Notice as Exhibit B. Upon receipt of the filed-stamped copy, United HealthCare will file same with this Court.

5. The Civil Action is one of which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332. The Plaintiff is a citizen and resident of the State of Arkansas. Defendant is a Minnesota corporation with its principal place of business in Minnetonka, Minnesota. Therefore, complete diversity of citizenship exists between the Plaintiff and Defendants in this action.

6. The action is a civil action for damages arising out of an alleged breach of contract and bad faith related to an Agency Agreement for coverage of key accounts for which profits exceed Seventy-Five Thousand Dollars ($75,000). The Complaint seeks punitive damages and compensatory damages "in an amount to be determined by a jury by an amount which exceeds the minimum for Federal Court diversity jurisdiction." *See* Complaint. Consequently, the amount in controversy is satisfied as the damages

referenced in the Complaint exceed Seventy-Five Thousand Dollars ($75,000) as required by 28 U.S.C. § 1332.

7. This Court would have original subject matter jurisdiction over this action under the provisions of 28 U.S.C. § 1332 if the action had originally been brought in Federal Court. Removal is, therefore, proper under 28 U.S.C. § 1441(a).

8. United HealthCare will give written notice to Plaintiff and will file a Notice of Filing of Notice of Removal with the Clerk of the Circuit Court for Benton County, Arkansas. United HealthCare attaches a copy of the Notice of Filing of Notice of Removal as Exhibit C.

9. United HealthCare waives no defenses, including jurisdictional defenses, by filing this Notice of Removal.[1]

WHEREFORE, Defendants pray that the Civil Action now pending against it in the Circuit Court of Benton County, Arkansas be removed therefrom to this Court.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

Bruce A. McMullen, Esq. (#97052)
First Tennessee Bank Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103
bmcmullen@bakerdonelson.com
*Attorney for Defendants, United HealthCare, Inc. and United HealthCare Insurance Company*

[1] Pursuant to Federal Rule of Civil Procedure 7.1, Defendants' Corporate Disclosure Statement is attached hereto as Exhibit D.



M JCH01 2200066 v1
2616900-011781 12/22/2010

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of December, 2010, a copy of the foregoing was filed and served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Chris Lisle
Lisle Rutledge, PA
1458 Plaza Place
Springdale, AR 72764



M JCH01 2200066 v1
2616900-011781 12/22/2010